## STATE OF CONNECTICUT *v.* KIRBY L. BARNES

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 76 (AC 29244), is denied.

*Christopher Y. Duby*, special public defender, in support of the petition.

*Robin S. Schwartz*, assistant state's attorney, in opposition.

Decided September 23, 2009

## DAVID NEAL SMITH *v.* COMMISSIONER OF CORRECTION

The petitioner David Neal Smith's petition for certification for appeal from the Appellate Court, 116 Conn. App. 383 (AC 29387), is denied.

*Frank C. Bartlett, Jr.*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided September 23, 2009

## NOEL DAVILA *v.* COMMISSIONER OF CORRECTION

The petitioner Noel Davila's petition for certification for appeal from the Appellate Court, 116 Conn. App. 312 (AC 29546), is denied.

*Michael Oh*, special public defender, in support of the petition.

*Frederick W. Fawcett*, special assistant state's attorney, in opposition.

Decided September 23, 2009